IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

**CHARLISA HARRIS**                                                                                          **PLAINTIFF**

vs.                                           **Civil No. 4:20-cv-04057**

**ANDREW SAUL,**                                                                                          **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 24th day of May 2021, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE